AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York 

| | | |
|---|---|---|
| THE BOSTON CONSULTING GROUP, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-10156 |
| NCR CORPORATION | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE BOSTON CONSULTING GROUP, INC.

Date: 11/04/2019

s/ Jared J. Stanisci
*Attorney's signature*

Jared J. Stanisci
*Printed name and bar number*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

*Address*

jared.stanisci@cwt.com
*E-mail address*

(212) 504-6000
*Telephone number*

(212) 504-6666
*FAX number*