AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THE BOSTON CONSULTING GROUP, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:19-cv-10156 |
| NCR CORPORATION ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE BOSTON CONSULTING GROUP, INC.                                                                                                   .

Date:    11/04/2019

s/ Todd Blanche
*Attorney's signature*

Todd Blanche
*Printed name and bar number*
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281

*Address*

todd.blanche@cwt.com
*E-mail address*

(212) 504-6000
*Telephone number*

(212) 504-6666
*FAX number*