USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2019

# CRAVATH, SWAINE & MOORE LLP

| | | WORLDWIDE PLAZA | | |
|---|---|---|---|---|
| JOHN W. WHITE | THOMAS E. DUNN | 825 EIGHTH AVENUE | ALYSSA K. CAPLES | JONATHAN J. KATZ |
| EVAN R. CHESLER | MARK I. GREENE | NEW YORK, NY 10019-7475 | JENNIFER S. CONWAY | MARGARET SEGALL D'AMICO |
| RICHARD W. CLARY | DAVID R. MARRIOTT | | MINH VAN NGO | RORY A. LERARIS |
| STEPHEN L. GORDON | MICHAEL A. PASKIN | TELEPHONE: +1-212-474-1000 | KEVIN J. ORSINI | KARA L. MUNGOVAN |
| ROBERT H. BARON | ANDREW J. PITTS | FACSIMILE: +1-212-474-3700 | MATTHEW MORREALE | NICHOLAS A. DORSEY |
| DAVID MERCADO | MICHAEL T. REYNOLDS | | JOHN D. BURETTA | ANDREW C. ELKEN |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | | J. WESLEY EARNHARDT | JENNY HOCHENBERG |
| PETER T. BARBUR | GEORGE E. ZOBITZ | | YONATAN EVEN | VANESSA A. LAVELY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | CITYPOINT | BENJAMIN GRUENSTEIN | G.J. LIGELIS JR. |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | ONE ROPEMAKER STREET | JOSEPH D. ZAVAGLIA | MICHAEL E. MARIANI |
| RICHARD HALL | GARY A. BORNSTEIN | LONDON EC2Y 9HR | STEPHEN M. KESSING | LAUREN R. KENNEDY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | TELEPHONE: +44-20-7453-1000 | LAUREN A. MOSKOWITZ | SASHA ROSENTHAL-LARREA |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | FACSIMILE: +44-20-7860-1150 | DAVID J. PERKINS | ALLISON M. WEIN |
| STEPHEN L. BURNS | DAVID S. FINKELSTEIN | | JOHNNY G. SKUMPIJA | |
| KATHERINE B. FORREST | DAVID GREENWALD | | J. LEONARD TETI, II | |
| KEITH R. HUMMEL | RACHEL G. SKAISTIS | WRITER'S DIRECT DIAL NUMBER | D. SCOTT BENNETT | |
| DAVID J. KAPPOS | PAUL H. ZUMBRO | | TING S. CHEN | SPECIAL COUNSEL |
| DANIEL SLIFKIN | ERIC W. HILFERS | +1-212-474-1430 | CHRISTOPHER K. FARGO | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | GEORGE F. SCHOEN | | KENNETH C. HALCOM | |
| WILLIAM J. WHELAN, III | ERIK R. TAVZEL | | DAVID M. STUART | |
| PHILIP J. BOECKMAN | CRAIG F. ARCELLA | WRITER'S EMAIL ADDRESS | AARON M. GRUBER | |
| WILLIAM V. FOGG | DAMIEN R. ZOUBEK | dmarriott@cravath.com | O. KEITH HALLAM, III | OF COUNSEL |
| FAIZA J. SAEED | LAUREN ANGELILLI | | OMID H. NASAB | MICHAEL L. SCHLER |
| RICHARD J. STARK | TATIANA LAPUSHCHIK | | DAMARIS HERNÁNDEZ | CHRISTOPHER J. KELLY |

November 22, 2019

*The Boston Consulting Group, Inc. v. NCR Corporation,* No. 1:19-cv-10156-LGS

Dear Judge Schofield:

      We represent Defendant NCR Corporation ("NCR") in the above referenced matter.  In accordance with Rule I.B.2 of Your Honor's Individual Rules and Procedures for Civil Cases and Federal Rule of Civil Procedure 6(b), and with the consent of Plaintiff, NCR respectfully requests an extension of forty (40) days to file its response to Plaintiff's Complaint, from November 27, 2019, to January 6, 2020.  Good cause exists for this extension as we have only recently been retained by NCR and need additional time to study the matter, which involves allegations concerning a contractual relationship between the Parties spanning two years.  This is NCR's first request for an extension of time to respond to Plaintiff's Complaint.

      Respectfully Submitted,

      */s/* David Marriott
      David Marriott

The Honorable Lorna G. Schofield
   United States District Court
      Southern District of New York
         500 Pearl Street
            New York, New York 10007

VIA ECF

---

Application GRANTED.  Defendant shall answer, move or otherwise respond to Plaintiff's complaint by January 6, 2020.

Dated: November 25, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Copies to:

Jason M. Halper
Todd Blanche
Jared Stanisci
    Cadwalader, Wickersham & Taft LLP
        200 Liberty Street
           New York, New York 10281

VIA ECF