# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/21

February 2, 2021

**VIA ECF**

The Honorable Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

> Application GRANTED. Discovery is STAYED until **April 30, 2021**. The parties shall update the Court no later than April 30, 2021 by filing either a stipulation or a joint status letter. The status conference scheduled for February 9, 2021 is hereby ADJOURNED *sine die*. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> February 3, 2021

Re: *The Boston Consulting Group, Inc. v. NCR Corporation*, Case No. 1:19-cv-10156 (LGS)(BCM)

Dear Judge Moses:

Plaintiff and Counterclaim-Defendant The Boston Consulting Group, Inc. ("BCG" or "Plaintiff") and Defendant and Counterclaim-Plaintiff NCR Corporation ("NCR" or "Defendant" and, collectively with BCG, the "Parties") jointly submit this letter to inform the Court that the Parties have reached a settlement in the above-captioned matter. Accordingly, the Parties respectfully request that the Court stay all deadlines—including the status conference scheduled for February 9, 2021—in its October 27, 2020 Amended Civil Case Management Plan and Scheduling Order (Dkt. No. 77) until April 30, 2021, by which time, under the terms of the Settlement Agreement, the Parties will file a stipulation and proposed order voluntarily dismissing the above-captioned matter, or a joint status letter with a further update concerning this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jason M. Halper

Jason M. Halper

cc:   All counsel of record (ECF)

Jason M. Halper  Tel +1 212 504-6300  Fax +1 212 504-6666  jason.halper@cwt.com