IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BOSTON CONSULTING GROUP, INC., <br><br> Plaintiff / Counterclaim-Defendant, <br><br> -against- <br><br> NCR CORPORATION, <br><br> Defendant / Counterclaim-Plaintiff. | Civil Action No.: 1:19-cv-10156 (LGS) (BCM) |

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between The Boston Consulting Group, Inc. and NCR Corporation, through their undersigned counsel, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to pay its own costs and attorneys' fees. The Court retains jurisdiction over the settlement of this matter under *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), including with respect to enforcement of the settlement agreement.

Dated: April 7, 2021

CADWALADER, WICKERSHAM & TAFT LLP

/s/
Jason M. Halper
Jared Stanisci
Sara Bussiere

200 Liberty Street
New York, NY 10281
(212) 504-6000

CRAVATH, SWAINE & MOORE LLP

/s/
David R. Marriott
Yonatan Even
Lelia Ledain

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

jason.halper@cwt.com  
jared.stanisci@cwt.com  
sara.bussiere@cwt.com  

*Attorneys for Plaintiff and Counterclaim Defendant*

dmarriott@cravath.com  
yeven@cravath.com  
lledain@cravath.com  

*Attorneys for Defendant and Counterclaim Plaintiff*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____  
       New York, New York

_____  
LORNA G. SCHOFIELD  
United States District Judge