IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE BOSTON CONSULTING GROUP, INC.,

    Plaintiff / Counterclaim-Defendant,

-against-

NCR CORPORATION,

    Defendant / Counterclaim-Plaintiff.

Civil Action No.: 1:19-cv-10156 (LGS)(BCM)

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between The Boston Consulting Group, Inc. and NCR Corporation, through their undersigned counsel, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to pay its own costs and attorneys' fees.

Dated: April 12, 2021

| | |
|---|---|
| CADWALADER, WICKERSHAM & TAFT LLP | CRAVATH, SWAINE & MOORE LLP |
| Jason M. Halper<br>Jared Stanisci<br>Sara Bussiere | David R. Marriott<br>Yonatan Even<br>Lelia Ledain |
| 200 Liberty Street<br>New York, NY 10281<br>(212) 504-6000 | Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>(212) 474-1000 |
| jason.halper@cwt.com<br>jared.stanisci@cwt.com<br>sara.bussiere@cwt.com | dmarriott@cravath.com<br>yeven@cravath.com<br>lledain@cravath.com |

*Attorneys for Plaintiff and Counterclaim Defendant*

*Attorneys for Defendant and Counterclaim Plaintiff*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____
New York, New York

LORNA G. SCHOFIELD
United States District Judge