IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE BOSTON CONSULTING GROUP, INC.,

    Plaintiff / Counterclaim-Defendant,

-against-

NCR CORPORATION,

    Defendant / Counterclaim-Plaintiff.

Civil Action No.: 1:19-cv-10156 (LGS) (BCM)

## STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between The Boston Consulting Group, Inc. and NCR Corporation, through their undersigned counsel, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to pay its own costs and attorneys' fees.

Dated: April 12, 2021

CADWALADER, WICKERSHAM & TAFT LLP

Jason M. Halper
Jared Stanisci
Sara Bussiere

200 Liberty Street
New York, NY 10281
(212) 504-6000

jason.halper@cwt.com
jared.stanisci@cwt.com
sara.bussiere@cwt.com

CRAVATH, SWAINE & MOORE LLP

David R. Marriott
Yonatan Even
Lelia Ledain

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

dmarriott@cravath.com
yeven@cravath.com
lledain@cravath.com

SO ORDERED.

Dated: April 12, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE